# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.P., A Minor, By His Parent, E.F. | : CIVIL ACTION |
| v. | : |
| LOWER MERION SCHOOL DISTRICT | : NO. 16-5925 |

## ORDER

**NOW**, this 1st day of March, 2018, upon consideration of the defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 5), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The complaint is **DISMISSED**; and

2. This action is **REMANDED** to the Office of Dispute Resolution for administrative proceedings.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.